JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. MEO1545358.19,<br>Plaintiff,<br>v.<br>ROUND TRIP TRANSPORTATION, INC. a California corporation, et al.,<br>Defendants. | Case No. 2:21-cv-02895-MWF (JEMx)<br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

The Court has considered the parties' Stipulation of Dismissal, filed July 23, 2026. (Docket No. 46). The Stipulation is GRANTED.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this action is DISMISSED with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the case.

IT IS SO ORDERED.

Dated: July 24, 2026

MICHAEL W. FITZGERALD
United States District Judge